AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RANDY GENE ROBINSON,

                Plaintiff,

                                                        JUDGMENT IN A CIVIL CASE

                   v.

ANDREW MARTIN, GLEN BANGS,
JOEY GILMAN, HEIDI GOSNEY,                CASE NUMBER: CV-11-3059-RMP

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

July 6, 2011                                                  JAMES R. LARSEN
*Date*                                                         *Clerk*
                                                                s/ Sheila Parpolia
                                                                *(By) Deputy Clerk*
                                                                Sheila Parpolia